# Exhibit A

FOREMAN & GRAY, L.L.C.
760 ROUTE 10 WEST, SUITE 204
WHIPPANY, NEW JERSEY 07981
PH:   973-240-7313
F:    973-240-7316
Attorneys for Plaintiff:
Grisselle Martinez

| | |
|---|---|
| GRISSELLE MARTINEZ, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | LAW DIVISION |
| | BERGEN COUNTY |
| vs. | |
| | Docket No.: BER-L-6516-12 |
| R & L TRANFER INC., MARK P. LAMONDE, ABC CORPS. 1-20 (fictitious names), JOHN AND JANE DOES 1-20 (fictitious names), | Civil Action |
| | SUMMONS |
| Defendants. | |

To:  Mark LaMonde
     105 Burgess Avenue
     Pawtucket, RI 02861

   YOU ARE HEREBY SUMMONED to answer a Civil Complaint in the

Law Division in the:

     Superior Court of the State of New Jersey
     Bergen County
     10 Main Street
     Hackensack, New Jersey 07207

   The Plaintiff, named above, has filed a lawsuit against

you in the Superior Court of New Jersey.  The Complaint attached

to this Summons states the basis for the lawsuit.  If you dispute

this Complaint, you or your attorney must file a written answer

or motion and proof of service with the deputy clerk of the

Superior Court in the county listed above within 35 days from the

date that you received this Summons, not counting the date you

received it.  (The address of each deputy clerk of the Superior

Court is provided).   If the complaint is one of foreclosure, then you must file your answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625.  A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement must be submitted if you want the court to hear your defense. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff's if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion if you want the court to hear your defense.

If you do not file and serve a written motion within 35 days, the court may enter a judgment against you for the relief the Plaintiffs' demands, plus interest and costs of suit.   If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you can call the Legal Services Office in the county where you live.  A list of these offices is provided.  If you do not have an attorney and are not eligible for free legal assistance, you may obtain referral to an attorney by calling one of the Lawyer Referral Services.  A list of these numbers is also provided.

If you do not have an attorney, you may call (908) 353-4715 for the Union County Lawyer Referral Service.

*Si usted no tiene abogado, puede llmar a (908) 353-4715 por la Asociacion de Abogados del Condado.*

If you cannot afford an attorney, you may call (908) 354-4340 for the Union County Legal Aid Society.

*Si usted no puede un abogado, usted puede llamar a Servicios Legales Tel (908) 354-4340.*

Dated: _8/31/12_

/S/

Jennifer M. Perez
Clerk of the Superior Court

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 2 of 4

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360


**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House—1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363


**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979


**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249


**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600


**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020


**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911


**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street,  Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727


Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 3 of 4

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 4 of 4

BERGEN COUNTY COURTHOUSE
SUPERIOR COURT LAW DIV
BERGEN COUNTY JUSTICE CTR RM 415
HACKENSACK        NJ 07601-7680                          TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 527-2600
COURT HOURS

                              DATE:    AUGUST 27, 2012
                              RE:      MARTINEZ VS R & L TRANSFER INC
                              DOCKET:  BER L -006516 12

      THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

      DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

      THE PRETRIAL JUDGE ASSIGNED IS:  HON JOSEPH S. CONTE

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM        001
AT:  (201) 527-2600.

      IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
  CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
      PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.
                              ATTENTION:
                                      ATT:    PAUL    FOREMAN
                                      POMPELIO FOREMAN & GRAY LLC
                                      FOREMAN & GRAY LLC
                                      760 RTE 10 WEST STE 204
                                      WHIPPANY        NJ 07981

JUEDES1

FOREMAN & GRAY, L.L.C.
760 ROUTE 10 WEST, SUITE 204
WHIPPANY, NEW JERSEY 07981
PH:  973-240-7313
F:   973-240-7316
Attorneys for Plaintiff

SUPERIOR COURT BERGEN COUNTY
**FILED**

AUG 2 3 2012

~~SUPERIOR COURT~~ **DEPUTY CLERK**

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
BERGEN COUNTY

GRISSELLE MARTINEZ,

                        Plaintiff,

vs.

R & L TRANFER INC., MARK P.
LAMONDE,   ABC   CORPS.   1-20
(fictitious names), JOHN AND JANE
DOES 1-20 (fictitious names),

                        Defendants.

Docket No.: L 4516-12

Civil Action

COMPLAINT and JURY DEMAND

Plaintiff, Grisselle Martinez, residing in the Township of Wood Ridge, County of Bergen, State of New Jersey, by way of Complaint against Defendants says:

**FIRST COUNT**

1.    On or about January 16, 2012 Plaintiff, Grisselle Martinez was the operator of a motor vehicle that was traveling on the New Jersey Turnpike in the Town of Kearny, State of New Jersey.

2.    At the aforesaid date and location, Defendant, R&L Transfer Inc. was the owner, and Defendant, Mark P. La Monde was the operator of a certain motor vehicle that was also traveling on the New Jersey Turnpike located in the Town of Kearny, State of New Jersey.

1

3. At the aforesaid, date and location Defendants did so negligently and carelessly own, operate and/or maintain the aforesaid motor vehicle so as to cause it to collide and/or strike the motor vehicle operated by Plaintiff, Grisselle Martinez.

4. As a direct and proximate result of the negligence of Defendants, Plaintiff, Grisselle Martinez was seriously and permanently injured, suffered and will in the future suffer great pain and mental anguish, was and will in the future be prevented from engaging in her usual pursuits and occupations and was and will in the future be required to expend substantial sums of money for medical treatment in an effort to effect a cure for said injuries.

WHEREFORE, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

## SECOND COUNT

5. Plaintiff, Grisselle Martinez repeats the allegations of all prior paragraphs of this Complaint and incorporates them by reference herein.

6. At the aforesaid date and location, Defendant, R&L Transfer Inc. did so negligently and carelessly entrust to Defendant, Mark P. La Monde the aforesaid motor vehicle owned by Defendant, R&L Transfer Inc. resulting in said Defendant, Mark P. La Monde's negligent operation of said motor vehicle that caused

2

a collision with the motor vehicle operated by Plaintiff, Grisselle Martinez.

7.   As a direct and proximate result of the negligence of Defendants, Plaintiff, Grisselle Martinez was seriously and permanently injured, suffered and will in the future suffer great pain and mental anguish, was and will in the future be prevented from engaging in her usual pursuits and occupations and was and will in the future be required to expend substantial sums of money for medical treatment in an effort to effect a cure for said injuries.

**WHEREFORE**, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

### THIRD COUNT

8.   Plaintiff, Grisselle Martinez repeats the allegations of all prior paragraphs of this Complaint and incorporates them by reference herein.

9.   The losses and damages suffered by the Plaintiff, Grisselle Martinez were a result of the combined negligence of all of the aforementioned Defendants.

**WHEREFORE**, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

3

By: _Paul S. Foreman_
   PAUL S. FOREMAN, ESQ.
   FOREMAN & GRAY, LLC
   760 Route 10 West, Ste. 204
   Whippany, New Jersey 07981
   Attorneys for Plaintiff

DATED: August 20, 2012

4

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Grisselle Martinez hereby demands a trial by jury on all issues so triable.

### CERTIFICATION

PLEASE TAKE NOTICE that the undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any other court or of any pending arbitration proceeding and that no other action or arbitration proceedings are presently contemplated.

PLEASE TAKE NOTICE the undersigned further certifies that there are no other parties of which he is presently aware or should be joined in this action.

### DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that Paul S. Foreman, Esq., is hereby designated as trial counsel in the above captioned matter.


By:   *Paul S Foreman*
      PAUL S. FOREMAN, ESQ.
      FOREMAN & GRAY, LLC
      760 Route 10 West, Ste. 204
      Whippany, New Jersey 07981
      Attorneys for Plaintiff


**DATED:** August 20, 2012

5

Appendix XII-B1

## CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY |
| --- |
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>Paul S. Foreman | TELEPHONE NUMBER<br>(973) 240-7313 | COUNTY OF VENUE<br>Bergen |
| --- | --- | --- |
| FIRM NAME (if applicable)<br>Foreman & Gray, LLC | | DOCKET NUMBER (when available)<br>L 6516-12 |
| OFFICE ADDRESS<br>760 Route 10 West, Ste 204<br>Whippany, NJ 07981 | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND  ■ Yes  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Grisselle Martinez | CAPTION<br>Grisselle Martinez vs. R&L Transfer Inc. and Mark P. La Monde et als. |
| --- | --- |
| CASE TYPE NUMBER (See reverse side for listing)<br>603N | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO<br>IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES  ■ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>The Hanover Insurance Group  ☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | |
| --- | --- |
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☐ No | |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
| --- | --- |
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *Paul S Foreman*



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151  NAME CHANGE
175  FORFEITURE
302  TENANCY
399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502  BOOK ACCOUNT (debt collection matters only)
505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
506  PIP COVERAGE
510  UM or UIM CLAIM (coverage issues only)
511  ACTION ON NEGOTIABLE INSTRUMENT
512  LEMON LAW
801  SUMMARY ACTION
802  OPEN PUBLIC RECORDS ACT (summary action)
999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305  CONSTRUCTION
509  EMPLOYMENT (other than CEPA or LAD)
599  CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605  PERSONAL INJURY
610  AUTO NEGLIGENCE – PROPERTY DAMAGE
621  UM or UIM CLAIM (includes bodily injury)
699  TORT – OTHER

**Track III - 450 days' discovery**
005  CIVIL RIGHTS
301  CONDEMNATION
602  ASSAULT AND BATTERY
604  MEDICAL MALPRACTICE
606  PRODUCT LIABILITY
607  PROFESSIONAL MALPRACTICE
608  TOXIC TORT
609  DEFAMATION
616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617  INVERSE CONDEMNATION
618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303  MT. LAUREL
508  COMPLEX COMMERCIAL
513  COMPLEX CONSTRUCTION
514  INSURANCE FRAUD
620  FALSE CLAIMS ACT
701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 285 | STRYKER TRIDENT HIP IMPLANTS | 291 | PELVIC MESH/GYNECARE |
| 288 | PRUDENTIAL TORT LITIGATION | 292 | PELVIC MESH/BARD |
| 289 | REGLAN | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| | | 623 | PROPECIA |

**Mass Tort (Track IV)**

| | | | |
|---|---|---|---|
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 271 | ACCUTANE/ISOTRETINOIN | 282 | FOSAMAX |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 278 | ZOMETA/AREDIA | 286 | LEVAQUIN |
| 279 | GADOLINIUM | 287 | YAZ/YASMIN/OCELLA |
| | | 601 | ASBESTOS |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

Please check off each applicable category    ☐ **Putative Class Action**    ☐ **Title 59**

FOREMAN & GRAY, L.L.C.
760 ROUTE 10 WEST, SUITE 204
WHIPPANY, NEW JERSEY 07981
PH:  973-240-7313
F:   973-240-7316
Attorneys for Plaintiff:
Grisselle Martinez

| | |
|---|---|
| GRISSELLE MARTINEZ,<br><br>                              Plaintiff,<br><br>vs.<br><br><br>R & L TRANFER INC., MARK P.<br>LAMONDE, ABC CORPS. 1-20<br>(fictitious names), JOHN AND JANE<br>DOES 1-20 (fictitious names),<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>Docket No.: BER-L-6516-12<br><br><br>Civil Action<br><br><br>**SUMMONS** |

To:  R&L Transfer Inc.
     600 Gillman Road
     Wilmington, OH 45177

     YOU ARE HEREBY SUMMONED to answer a Civil Complaint in the

Law Division in the:

     Superior Court of the State of New Jersey
     Bergen County
     10 Main Street
     Hackensack, New Jersey 07207

     The Plaintiff, named above, has filed a lawsuit against

you in the Superior Court of New Jersey.  The Complaint attached

to this Summons states the basis for the lawsuit.  If you dispute

this Complaint, you or your attorney must file a written answer

or motion and proof of service with the deputy clerk of the

Superior Court in the county listed above within 35 days from the

date that you received this Summons, not counting the date you

received it.  (The address of each deputy clerk of the Superior

Court is provided).  If the complaint is one of foreclosure, then you must file your answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625.  A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement must be submitted if you want the court to hear your defense. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff's if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion if you want the court to hear your defense.

If you do not file and serve a written motion within 35 days, the court may enter a judgment against you for the relief the Plaintiffs' demands, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you can call the Legal Services Office in the county where you live.  A list of these offices is provided.  If you do not have an attorney and are not eligible for free legal assistance, you may obtain referral to an attorney by calling one of the Lawyer Referral Services.  A list of these numbers is also provided.

If you do not have an attorney, you may call (908) 353-4715 for the Union County Lawyer Referral Service.

*Si usted no tiene abogado, puede llmar a (908) 353-4715 por la Asociacion de Abogados del Condado.*

If you cannot afford an attorney, you may call (908) 354-4340 for the Union County Legal Aid Society.

*Si usted no puede un abogado, usted puede llamar a Servicios Legales Tel (908) 354-4340.*

Dated: _8/31/12_

/s/

_____
Jennifer M. Perez
Clerk of the Superior Court

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records,  Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 2 of 4

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House—1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor – Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street,  Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 3 of 4

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

Revised 11/14/2011, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN 10153-English

Page 4 of 4

BERGEN COUNTY COURTHOUSE
SUPERIOR COURT LAW DIV
BERGEN COUNTY JUSTICE CTR RM 415
HACKENSACK       NJ 07601-7680
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 527-2600
COURT HOURS

                    DATE:   AUGUST 27, 2012
                    RE:     MARTINEZ VS R & L TRANSFER INC
                    DOCKET: BER L -006516 12

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON JOSEPH S. CONTE

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM       001
AT:  (201) 527-2600.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.
                         ATTENTION:
                                   ATT:    PAUL     FOREMAN
                                   POMPELIO FOREMAN & GRAY LLC
                                   FOREMAN & GRAY LLC
                                   760 RTE 10 WEST STE 204
                                   WHIPPANY        NJ 07981
JUBDES1

FOREMAN & GRAY, L.L.C.
760 ROUTE 10 WEST, SUITE 204
WHIPPANY, NEW JERSEY 07981
PH:   973-240-7313
F:    973-240-7316
Attorneys for Plaintiff

SUPERIOR COURT BERGEN COUNTY
**FILED**

AUG 2 3 2012

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
BERGEN COUNTY

GRISSELLE MARTINEZ,

                    Plaintiff,

vs.

R & L TRANFER INC., MARK P.
LAMONDE, ABC CORPS. 1-20
(fictitious names), JOHN AND JANE
DOES 1-20 (fictitious names),

                    Defendants.

Docket No.: L 6516-12

Civil Action

COMPLAINT and JURY DEMAND

Plaintiff, Grisselle Martinez, residing in the Township of Wood Ridge, County of Bergen, State of New Jersey, by way of Complaint against Defendants says:

**FIRST COUNT**

1.    On or about January 16, 2012 Plaintiff, Grisselle Martinez was the operator of a motor vehicle that was traveling on the New Jersey Turnpike in the Town of Kearny, State of New Jersey.

2.    At the aforesaid date and location, Defendant, R&L Transfer Inc. was the owner, and Defendant, Mark P. La Monde was the operator of a certain motor vehicle that was also traveling on the New Jersey Turnpike located in the Town of Kearny, State of New Jersey.

1

3.    At the aforesaid, date and location Defendants did so negligently and carelessly own, operate and/or maintain the aforesaid motor vehicle so as to cause it to collide and/or strike the motor vehicle operated by Plaintiff, Grisselle Martinez.

4.    As a direct and proximate result of the negligence of Defendants, Plaintiff, Grisselle Martinez was seriously and permanently injured, suffered and will in the future suffer great pain and mental anguish, was and will in the future be prevented from engaging in her usual pursuits and occupations and was and will in the future be required to expend substantial sums of money for medical treatment in an effort to effect a cure for said injuries.

WHEREFORE, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

## SECOND COUNT

5.    Plaintiff, Grisselle Martinez repeats the allegations of all prior paragraphs of this Complaint and incorporates them by reference herein.

6.    At the aforesaid date and location, Defendant, R&L Transfer Inc. did so negligently and carelessly entrust to Defendant, Mark P. La Monde the aforesaid motor vehicle owned by Defendant, R&L Transfer Inc. resulting in said Defendant, Mark P. La Monde's negligent operation of said motor vehicle that caused

2

a collision with the motor vehicle operated by Plaintiff, Grisselle Martinez.

7.   As a direct and proximate result of the negligence of Defendants, Plaintiff, Grisselle Martinez was seriously and permanently injured, suffered and will in the future suffer great pain and mental anguish, was and will in the future be prevented from engaging in her usual pursuits and occupations and was and will in the future be required to expend substantial sums of money for medical treatment in an effort to effect a cure for said injuries.

**WHEREFORE**, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

### THIRD COUNT

8.   Plaintiff, Grisselle Martinez repeats the allegations of all prior paragraphs of this Complaint and incorporates them by reference herein.

9.   The losses and damages suffered by the Plaintiff, Grisselle Martinez were a result of the combined negligence of all of the aforementioned Defendants.

**WHEREFORE**, Plaintiff, Grisselle Martinez demands judgment against Defendants jointly, severally or in the alternative for compensatory damages, together with interest, costs of suit and such further relief as the court may deem equitable and just.

3

By: _Paul S. Foreman_
    PAUL S. FOREMAN, ESQ.
    FOREMAN & GRAY, LLC
    760 Route 10 West, Ste. 204
    Whippany, New Jersey 07981
    Attorneys for Plaintiff

DATED: August 20, 2012

4

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Grisselle Martinez hereby demands a trial by jury on all issues so triable.

## CERTIFICATION

PLEASE TAKE NOTICE that the undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any other court or of any pending arbitration proceeding and that no other action or arbitration proceedings are presently contemplated.

PLEASE TAKE NOTICE the undersigned further certifies that there are no other parties of which he is presently aware or should be joined in this action.

## DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that Paul S. Foreman, Esq., is hereby designated as trial counsel in the above captioned matter.

By: *Paul S. Foreman*
PAUL S. FOREMAN, ESQ.
FOREMAN & GRAY, LLC
760 Route 10 West, Ste. 204
Whippany, New Jersey 07981
Attorneys for Plaintiff

DATED: August 20, 2012

5

Appendix XII-B1

| **CIVIL CASE INFORMATION STATEMENT** **(CIS)** Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE:  ☐ CK  ☐ CG  ☐ CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME Paul S. Foreman | TELEPHONE NUMBER (973) 240-7313 | COUNTY OF VENUE Bergen |
|---|---|---|
| FIRM NAME (if applicable) Foreman & Gray, LLC | | DOCKET NUMBER (when available) L 6516-12 |
| OFFICE ADDRESS 760 Route 10 West, Ste 204 Whippany, NJ 07981 | | DOCUMENT TYPE Complaint |
| | | JURY DEMAND  ■ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) Grisselle Martinez | CAPTION Grisselle Martinez vs. R&L Transfer Inc. and Mark P. La Monde et als. |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing) 603N | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?  ☐ YES  ■ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES  ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) The Hanover Insurance Group   ☐ NONE  ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | | |
|---|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE  ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR  ☐ BUSINESS  ☐ OTHER (explain) |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☐ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES  ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?  ☐ YES  ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *Paul S Foreman*



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151  NAME CHANGE
175  FORFEITURE
302  TENANCY
399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502  BOOK ACCOUNT (debt collection matters only)
505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
506  PIP COVERAGE
510  UM or UIM CLAIM (coverage issues only)
511  ACTION ON NEGOTIABLE INSTRUMENT
512  LEMON LAW
801  SUMMARY ACTION
802  OPEN PUBLIC RECORDS ACT (summary action)
999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305  CONSTRUCTION
509  EMPLOYMENT (other than CEPA or LAD)
599  CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605  PERSONAL INJURY
610  AUTO NEGLIGENCE – PROPERTY DAMAGE
621  UM or UIM CLAIM (includes bodily injury)
699  TORT – OTHER

**Track III - 450 days' discovery**
005  CIVIL RIGHTS
301  CONDEMNATION
602  ASSAULT AND BATTERY
604  MEDICAL MALPRACTICE
606  PRODUCT LIABILITY
607  PROFESSIONAL MALPRACTICE
608  TOXIC TORT
609  DEFAMATION
616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617  INVERSE CONDEMNATION
618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303  MT. LAUREL
508  COMPLEX COMMERCIAL
513  COMPLEX CONSTRUCTION
514  INSURANCE FRAUD
620  FALSE CLAIMS ACT
701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
285  STRYKER TRIDENT HIP IMPLANTS
288  PRUDENTIAL TORT LITIGATION
289  REGLAN
290  POMPTON LAKES ENVIRONMENTAL LITIGATION

291  PELVIC MESH/GYNECARE
292  PELVIC MESH/BARD
293  DEPUY ASR HIP IMPLANT LITIGATION
295  ALLODERM REGENERATIVE TISSUE MATRIX
623  PROPECIA

**Mass Tort (Track IV)**
266  HORMONE REPLACEMENT THERAPY (HRT)
271  ACCUTANE/ISOTRETINOIN
274  RISPERDAL/SEROQUEL/ZYPREXA
278  ZOMETA/AREDIA
279  GADOLINIUM

281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282  FOSAMAX
284  NUVARING
286  LEVAQUIN
287  YAZ/YASMIN/OCELLA
601  ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59